IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WALTER COLUMBUS SIMMONS,           )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )       1:13CV1153
                                   )
DR. MALDONADO, et al.,             )
                                   )
        Defendant(s).              )

**ORDER**

On January 14, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3 and 4.) On January 21, 2014, Plaintiff filed a document stating, in part, that "I would like to appeal this case number – 1:13CV1153." (Doc. 5.) Plaintiff does not specifically indicate the nature of the appeal he seeks. However, because a Recommendation has been entered, this court will construe the request to appeal as objections to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections.").

The court has appropriately reviewed the Magistrate Judge's report and has made a de novo determination which is in accord

with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of April, 2014.

/s/ William L. Osteen, Jr.
_____
United States District Judge